HELEN PRICE et al., appellants,

*v.*

MABEL REILLY et al., respondents.

[Decided April 19th, 1945.]

*Messrs. Pesin & Pesin,* for the appellants.

*Mr. William Wimmer,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Fielder, and reported at *135 N. J. Eq. 555.*

*For affirmance*—THE CHIEF-JUSTICE, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, COLIE, WELLS, RAFFERTY, THOMPSON, DILL, JJ. 13.

*For reversal*—None.